[J-3-2015] [MO:Baer, J.]

# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| PHILADELPHIA FIREFIGHTERS' UNION, LOCAL 22, INTERNATIONAL ASSOCIATION OF FIREFIGHTERS, AFL-CIO BY ITS GUARDIAN AD LITEM WILLIAM GAULT, PRESIDENT, TIM MCSHEA, VICE PRESIDENT, KELVIN FONG, VICE PRESIDENT, AND FIRE LIEUTENANT ANDREW THOMAS, | : No. 16 EAP 2014<br>:<br>: Appeal from the order of Commonwealth<br>: Court entered on 09/18/2013 at No. 869<br>: C.D. 2013 reversing the order entered on<br>: 05/14/2013, in the Court of Common Pleas,<br>: Civil Division, Philadelphia County at No.<br>: 1039 May Term 2013.<br>: |
| Appellants | : ARGUED:  March 10, 2015<br>: |
| v. | : |
| CITY OF PHILADELPHIA, MAYOR MICHAEL A. NUTTER, RICHARD NEGRIN, LLOYD AYERS, | : |
| Appellees | : |

## CONCURRING OPINION

**MR. JUSTICE STEVENS**                                        **DECIDED:  July 20, 2015**

I write separately to express my concern that the current procedure for promotion of civil service employees, provided for by the existing language of Philadelphia's Home Rule Charter and Civil Service Regulations, does not serve to maintain objectivity in the promotion process, but instead enables the very manipulation of the process that the civil service system was intended to prevent.  Re-crafting the Home Rule Charter and the Civil Service Regulations to better prevent the potential for such abuse is not the function of this Court, however.   Instead, we must apply the terms of those documents, as written.

The Majority Opinion has accomplished this, and I concur in the result reached by the Majority, which affirms the order of the Commonwealth Court reversing the Court of Common Pleas' grant of mandamus relief to the Philadelphia Firefighters' Union.